KATHERINE N. SCOFIELD v. BRADLEY CONTRACTING COMPANY.— Motion

to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.